# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-3131
_____

JOE N. BYERS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Columbia County.
Melissa G. Olin, Judge.


February 18, 2026


PER CURIAM.

Joe N. Byers appeals the revocation of his probation, contending that the evidence was insufficient to establish multiple violations of his electronic-monitoring condition and that the violations, even if established, were not willful and substantial. Because Byers did not raise his first argument below, it is unpreserved, and we decline to address it. *See State v. Clark*, 373 So. 3d 1128, 1131 (Fla. 2023) ("Parties are required to preserve arguments because it allows the lower tribunal to consider and resolve errors when they arise, rather than wait for the process of an appeal and expend the judicial resources that come with that procedure."). Finding no merit in Byers's remaining argument, we affirm.

AFFIRMED.

ROWE, RAY, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jessica J. Yeary, Public Defender, and Jessica Kasey Helms Lacey, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and David Welch, Assistant Attorney General, Tallahassee, for Appellee.